O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK DEON HORTON, | ) No. EDCV 24-1527-DDP (JPR) |
| Petitioner, | ) **ORDER ACCEPTING MAGISTRATE** |
| v. | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| TEAUNA MIRANDA, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's motion to dismiss, Petitioner's opposition, the other records on file herein, the Magistrate Judge's Report and Recommendation, and Petitioner's "Opposition Response" and "SUPPLEMENTAL to Opposition" filed after the R. & R. was issued.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Respondent's motion to dismiss is granted.
2. The Petition is dismissed without prejudice.
3. Judgment be entered consistent with this order.

4. The clerk serve this Order on all counsel or parties of record.

DATED: May 20, 2025

_____
DEAN D. PREGERSON
U.S. DISTRICT JUDGE