JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRICK DEON HORTON, | ) Case No. EDCV 24-1527-DDP (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| TEAUNA MIRANDA, Acting Warden, | ) |
| Respondent. | ) |

   Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

   IT IS HEREBY ADJUDGED that this action is dismissed without prejudice and Judgment be entered in Respondent's favor.

DATED: May 20, 2025

DEAN D. PREGERSON
U.S. DISTRICT JUDGE